# YESKOO HOGAN & TAMLYN, LLP
A NEW YORK LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
139 SOUTH STREET
NEW PROVIDENCE, NEW JERSEY 07974
TEL: (908) 464-8300
FAX: (908) 464-2828

RICHARD C. YESKOO[1]
STEPHEN HOGAN[2]
THOMAS T. TAMLYN[2]

[1]MEMBER NJ & NY BAR
[2]MEMBER NY BAR

NEW YORK OFFICE
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022
(212) 983-0900

August 18, 2020

Hon. Zahid N. Quraishi
United States Magistrate Judge
United States District Court
402 East State Street
Trenton, NJ 08608

Re: *AC Holdco, Inc. v. Beable Education, Inc.*, No. 3:20-cv-09211 (MAS)(ZNQ)

Dear Judge Quraishi:

I represent the defendants Beable Education, Inc. and Saki Dodelson in this matter. I am writing to respectfully request that you enter an order admitting Jeffrey I.D. Lewis, Stephen Kenny and Mital B. Patel of the law firm Foley Hoag LLP *pro hac vice* in this matter. Counsel for plaintiffs, Kevin H. Marino, has consented to their admission per the annexed emails. I enclose a proposed order and the Supporting Declarations of Jeffrey I.D. Lewis, Stephen Kenny and Mital B. Patel, which are also being filed on ECF.

Respectfully submitted,

Richard C. Yeskoo

cc: Kevin H. Marino (by ECF)