**Subject:** Re: AC Holdco et al. v. Beable et al. - Motions for Pro Hac admission
**Date:** Tuesday, August 11, 2020 at 9:40:51 PM Eastern Daylight Time
**From:** Lewis, Jeffrey
**To:** Kevin Marino
**CC:** Richard Yeskoo (yeskoo@yeskoolaw.com), FH-BeableCaseTeam, Nicholas Groombridge Esq., Megan Raymond, J. Steven Baughman, Scott Miller, John Boyle, Wan Cha

Yes. Thanks

Jeffrey I. D. Lewis | Partner

FOLEY HOAG LLP
1301 Avenue of the Americas, 25<x-apple-data-detectors://0>th<x-apple-data-detectors://0> floor<x-apple-data-detectors://0>
New York, NY 10019<x-apple-data-detectors://0>

jidlewis@foleyhoag.com<mailto:jidlewis@foleyhoag.com> e-mail
646.927.5504<tel:646.927.5504> phone
646.927.5599<tel:646.927.5599> fax
www.foleyhoag.com<http://www.foleyhoag.com/>

On Aug 11, 2020, at 5:39 PM, Kevin Marino <kmarino@khmarino.com> wrote:

Yes. Will you consent to the pro hac vice admission of Nick Groombridge, Megan Raymond, J. Steven Baughman and Scott Miller, all of Paul Weiss?

Thanks,
Kevin

Kevin H. Marino, Esq.
Marino, Tortorella & Boyle, P.C.
437 Southern Boulevard<x-apple-data-detectors://1/0>
Chatham, NJ 07928-1488<x-apple-data-detectors://1/0>
Phone: 973-824-9300<tel:973-824-9300>
Fax: 973-824-8425<tel:973-824-8425>

On Aug 11, 2020, at 2:07 PM, Lewis, Jeffrey <jidlewis@foleyhoag.com> wrote:

Kevin –

I am writing to ask you as counsel for Plaintiffs whether Plaintiffs consent to the following admissions pro hac vice:

- Stephen Kenny,

- Mital Patel, and

- me,

all of Foley Hoag.

Thanks,
Jeff

Jeffrey I. D. Lewis | Partner

FOLEY HOAG LLP
1301 Avenue of the Americas, 25th floor
New York, NY 10019

jidlewis@foleyhoag.com<mailto:jidlewis@foleyhoag.com> e-mail
646.927.5504 phone
646.927.5599 fax
www.foleyhoag.com<http://www.foleyhoag.com/>

Any tax advice included in this document and its attachments was not intended or written to be used, and it cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Foley Hoag LLP immediately -- by replying to this message or by sending an email to postmaster@foleyhoag.com -- and destroy all copies of this message and any attachments without reading or disclosing their contents. Thank you.

For more information about Foley Hoag LLP, please visit us at www.foleyhoag.com.