Yeskoo Hogan & Tamlyn, LLP
A New York Limited Liability Partnership
139 South Street
New Providence, NJ 07974
908-464-8300
By: Richard C. Yeskoo
Attorney ID No. 015431981
*Counsel for Defendants Beable Education, Inc. and Saki Dodelson*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

AC HOLDCO, INC.,

    Plaintiff,

-vs-

BEABLE EDUCATION, INC., et al,

    Defendants.

---

No. 3:20-cv-09211(MAS)(ZNQ)

[PROPOSED] ORDER ADMITTING *PRO HAC VICE* JEFFREY I.D. LEWIS, STEPHEN KENNY AND MITAL B. PATEL

This matter having been brought before the Court by Richard C. Yeskoo of Yeskoo Hogan & Tamlyn, LLP, counsel for defendants, Beable Education, Inc. and Saki Dodelson (together "Defendants"), on application for an Order allowing Jeffrey I.D. Lewis, Stephen Kenny and Mital B. Patel to appear and participate *pro hac vice* on behalf of Defendants Beable Education, Inc. and Saki Dodelson in accordance with Local Civil Rule 101.1;

And the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

**IT IS** this ___ day of _____ 2020, hereby

**ORDERED** that, Jeffrey I.D. Lewis, Stephen Kenny and Mital B. Patel, members in good standing of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court by such

1

Defendants shall be signed by a member of the law firm of Yeskoo Hogan & Tamlyn, LLP, attorneys of record for such Defendants, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Mr. Lewis, Mr. Kenny and Ms. Patel shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order, unless previously paid for the current year; and it is further

**ORDERED** that Mr. Lewis, Mr. Kenny and Ms. Patel shall each make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Mr. Lewis, Mr. Kenny and Ms. Patel shall be bound by all rules of this Court, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Mr. Lewis, Mr. Kenny and Ms. Patel take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Mr. Lewis, Mr. Kenny and Ms. Patel may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter; and it is further

**ORDERED** that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any

other proceeding shall occur because of the participation of counsel or their inability to be in attendance at proceedings.

                                                                                       _____
                                                                                                       U.S.M.J

Date: