Yeskoo Hogan & Tamlyn, LLP
A New York Limited Liability Partnership
139 South Street
New Providence, NJ 07974
908-464-8300
By: Richard C. Yeskoo
NJ Attorney ID No. 015431981
*Counsel for Defendants Beable Education, Inc. and Saki Dodelson*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| AC HOLDCO, INC. and ACHIEVE3000, INC., | Civil Action No. 3:20-cv-09211 |
| Plaintiffs, | DECLARATION OF STEPHEN KENNY IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* |
| -vs- | |
| BEABLE EDUCATION, INC., SAKI DODELSON, and JOHN DOES 1-35 | |
| Defendants. | |

STEPHEN KENNY, being of full age, hereby declares as follows:

1. I am counsel at the law firm of Foley Hoag LLP, 1301 Avenue of the Americas, New York, NY 10019.

2. I am associated with Richard C. Yeskoo, who is a Member of Yeskoo Hogan & Tamlyn, LLP, attorney of record for Defendants Beable Education, Inc. and Saki Dodelson (together "Defendants") in this matter, is admitted to practice law in New Jersey, and is a member in good standing of the Bar of this Court.

3. I make this declaration pursuant to Local Rule 101.1 in support of Defendants' motion for my admission to appear *pro hac vice* for Defendants in this action.

4. I am a member in good standing and admitted to practice in the following courts:

Admitted to NY State Bar on June 28, 2010, Atty ID # 4850236;

Admitted to US Patent and Trademark Office on January 3, 2008, Reg. No. 61,671; and U.S. Court of Appeals for the Federal Circuit on September 1, 2014.

5. I am not under suspension or disbarment by any court.

6. No disciplinary proceeding is presently pending against me in any jurisdiction.

7. I consent to be subject to the jurisdiction and rules of this Court.

8. I agree, pursuant to Local Civil Rule 101.1(c), to make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and pay Annual Fees as provided by New Jersey Court 1:20-1(b), provided this Court grants this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true.

Dated: August 10, 2020

_Stephen Kenny_
Stephen Kenny