

**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

July 9, 2021

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *AC Holdco, Inc., et al. v. Beable Education, Inc., et al.*
              **Civil Action No.: 3:20-cv-09211 (ZNQ-TJB)**

Dear Judge Bongiovanni:

    This firm, together with Covington & Burling LLP, represents Defendants Beable Education, Inc. and Saki Dodelson (collectively, "Defendants") in the above-captioned matter.

    We write pursuant to L. Civ. R. 101.1(c)(5) to respectfully request leave of Court for Jeffrey I.D. Lewis, Stephen Kenny, and Mital B. Patel, of the law firm Foley Hoag LLP, who were admitted *pro hac vice* in this matter on behalf of Defendants on August 19, 2020 (D.I. 12), to withdraw as counsel for Defendants and to withdraw their pro hac vice admissions.  Foley Hoag LLP will no longer be representing Defendants in this matter, and, as a result, we respectfully request the above-referenced *pro hac vice* admissions be withdrawn.  Walsh Pizzi O'Reilly Falanga LLP and Covington & Burling LLP will continue to serve as counsel for Defendants.  If this meets with Your Honor's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

    We thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                    *s/Liza M. Walsh*

                                    Liza M. Walsh

cc:    All Counsel of Record (via ECF & email)

IT IS SO ORDERED that Jeffrey I.D. Lewis, Stephen Kenny, and Mital B. Patel of the law firm Foley Hoag LLP are permitted to withdraw as counsel for Defendants, and accordingly their *pro hac vice* admissions are withdrawn.

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.